

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00159-CV

| | | |
|---|---|---|
| Nader Daryapayma a/k/a Nader Payma and 4 Angels, Inc. | § | From the 96th District Court |
| | § | of Tarrant County (096-233401-08) |
| v. | § | November 3, 2016 |
| Myung 'Michael' Park | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Nader Daryapayma a/k/a Nader Payma and 4 Angels, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier